

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ERIC MURRELL**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-4083<br>emurrell@law.nyc.gov |

April 8, 2016

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:   Gonzalez v. City of New York, et. al
                Docket No. 15-CV-03158 (WFK) (CLP)

Dear Judge Pollak:

        I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent Defendants, The City of New York, the Board of Education of the City of New York ("BOE") (sued herein and doing business as the "New York City Department of Education"), Robert Rivera and Zelda Bryant Ashby (collectively, "BOE defendants") in the above-referenced action. The Plaintiff alleges that while she was working as a temporary agency referral with the BOE, she was subjected to gender discrimination and retaliated against in violation of Title VII of the Civil Rights Act of 1964 and the City Human Rights Law ("CHRL").

        Pursuant to Your Honor's Directive following the March 24, 2016 Status Conference (Dkt. # 33) to revise the Protective Order in light of Cumberland Packing Corp. v. Monsanto Co., 184 F.R.D. 504, 1999 U.S. Dist. LEXIS 3018 (E.D.N.Y. 1999), the Defendants submit this letter requesting that Your Honor so-order the parties' revised Protective Order. Plaintiff's counsel was advised about Defendants' intention to file this Letter Motion requesting that the Protective Order be so-ordered via e-mail on April 1, 2016.

        In a decision and order dated December 21, 2015, Defendant Goodwill's motion to dismiss (Dkt. # 23) was granted by the Hon. William F. Kuntz, II in its entirety. Defendant BOE's motion to dismiss, (Dkt. # 20) was granted in part and denied in part. Plaintiff voluntarily dismissed all of her claims against the City of New York, her CHRL claims against the BOE, and her CHRL aiding and abetting claims against Ashby and Rivera. The Clerk of Court was directed by the Court to amend the caption to remove Defendants Goodwill and the City of New York. See Dkt. # 29. On March 3, 2016, the remaining Defendants answered. See Dkt. # 32.

The parties have exchanged discovery demands and responses. In addition, Plaintiff's deposition is scheduled for April 20, 2016. Lastly, a Settlement Conference is set for April 27, 2016.

Moreover, documents previously withheld prior to the execution of a Protective Order by the parties have been exchanged. Accordingly, the Defendants request that this Court so-order the parties' Protective Order.

Respectfully submitted,<br>
/s/ *Eric Murrell*<br>
Eric Murrell<br>
Assistant Corporation Counsel

cc: David Schwartz (**by ECF**)
Attorney for Plaintiff

Dorina Cela (**by ECF**)
Attorney for Plaintiff