UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

AUREA GONZALEZ,

                                    Plaintiff,

           -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
ROBERT RIVERA, *Individually* and ZELDA BRYANT
ASHBY, *Individually*,

                                  Defendants.
---------------------------------------------------------------------x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

15-CV-03158 (WFK) (CLP)

**PLEASE TAKE NOTICE** that upon the annexed Rule 56.1 Statement of Material Undisputed Facts, the Declaration of Assistant Corporation Counsel Eric Murrell and the exhibits annexed thereto executed on October 14, 2016, the Memorandum of Law in Support of the Defendants' motion for summary judgment dated October 14, 2016, and upon all the papers and proceedings previously had herein, Defendants will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II, United States District Judge, on a date and at a time to be designated by the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order of summary judgment, dismissing the Complaint against the Defendants on the grounds that: (1) plaintiff cannot establish a case of discrimination or retaliation under Title VII or the CHRL; and (2) the Defendants have articulated legitimate, non-discriminatory and non-retaliatory reasons for plaintiff's termination that cannot be shown to be pretextual as a matter of law.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's September 15, 2016 order, opposition papers shall be served on or before November 11, 2016, and reply affidavits and memoranda of law, if any, shall be served on or before December 2, 2016.

Dated:       New York, New York
                October 14, 2016

                                     **ZACHARY W. CARTER**
                                     Corporation Counsel of the
                                         City of New York
                                     Attorney for Defendants
                                     100 Church Street, Room 2-140
                                     New York, N.Y. 10007-2601
                                     (212) 356-4083
                                     emurrell@law.nyc.gov

                        By:     */s/ Eric Murrell*
                                     Eric Murrell
                                     Assistant Corporation Counsel

cc:       David Samuel Schwartz (**by Overnight Mail**)
          Phillips & Associates
          Attorneys for Plaintiff
          45 Broadway - Suite 620
          New York, NY 10065
          212-248-7431
          Email: dschwartz@tpglaws.com

Docket No. 15-CV-3158 (WFK) (CLP)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AUREA GONZALEZ,

                              Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, ROBERT RIVERA, *Individually* and ZELDA BRYANT ASHBY, *Individually*,

                              Defendants.

**NOTICE OF MOTION FOR SUMMARY JUDGMENT, RULE 56.1 STATEMENT AND DECLARATION IN SUPPORT WITH ANNEXED EXHIBITS**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street – Room 2-140*
*New York, New York 10007-2601*

*Of Counsel: Eric Murrell*
*Tel: (212) 356-4083*
*Matter No.: 2015-029412*

*Due and timely service is hereby admitted.*

*New York, N.Y. ………………………………., 2016*

*………………………………………………………..Esq.*

*Attorney for* _____